UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLA HOLDER and DAVID HOLDER, | CIVIL ACTION NO. 18-13095 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

For the reasons set forth in the Court's accompanying opinion, **IT IS** on this _17th_ day of September, 2018, **ORDERED** that the complaint is dismissed without prejudice; and it is further

**ORDERED** that the plaintiff is granted leave to reinstitute these claims in the appropriate state court within 30 days of the entry of this Order; and it is further

**ORDERED** that this action is closed.

_____
JOSE L. LINARES
Chief Judge, United States District Court